IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GULF SERVICES CONTRACTING,  )
INC.                        )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )     2:21cv151-MHT
                            )         (WO)
WDG CONSTRUCTION AND        )
DEVELOPMENT SERVICES,       )
INC., et al.,               )
                            )
     Defendants.            )
```

ORDER

Based on the representations made on the record on June 17, 2021, and by agreement of the parties, it is ORDERED that the motion to compel a settlement conference (Doc. 28) is granted to the extent that the parties may engage in voluntary mediation before the United States Magistrate Judge. Counsel for the parties should call the magistrate judge's office to request mediation.

It is further ORDERED that the motion to dismiss (Doc. 16) is denied with leave to renew if the case is

not resolved in mediation.

    DONE, this the 17th day of June, 2021.

                                   /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**