IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GULF SERVICES CONTRACTING, INC., ) ) ) Plaintiff, ) ) v. ) ) WDG CONSTRUCTION AND ) DEVELOPMENT SERVICES, ) INC., d/b/a WDG ) Construction Group, MAL ) LP, THE GUARANTEE COMPANY ) OF NORTH AMERICA USA, and ) LOVE FUNDING CORPORATION, ) ) Defendants. ) | CIVIL ACTION NO. 2:21cv151-MHT (WO) |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. 33), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with each party to bear its own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of October, 2021.

                                        /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**